IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones, Arletta L | Case Number: 07 B 01928 |
| | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 2/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: June 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,905.00 | |
| Secured: | | 7,668.02 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 756.11 |
| Trustee Fee: | | 480.87 |
| Other Funds: | | 0.00 |
| Totals: | 8,905.00 | 8,905.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 756.11 |
| 2. | GMAC Mortgage Corporation | Secured | 11,300.40 | 7,668.02 |
| 3. | GMAC Mortgage Corporation | Secured | 5,503.38 | 0.00 |
| 4. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 17.78 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 88.66 | 0.00 |
| 7. | Capital One | Unsecured | 162.33 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 92.65 | 0.00 |
| 9. | National Capital Management | Unsecured | 58.33 | 0.00 |
| 10. | Nicor Gas | Unsecured | 46.31 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 52.26 | 0.00 |
| 12. | Illinois Student Assistance Commission | Unsecured | 2,374.10 | 0.00 |
| 13. | Orchard Bank | Unsecured | | No Claim Filed |
| 14. | ICS | Unsecured | | No Claim Filed |
| 15. | Cross Country Bank | Unsecured | | No Claim Filed |
| 16. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| | | | $ 22,696.20 | $ 8,424.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 480.87 |
| | $ 480.87 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Jones, Arletta L

Printed:  4/8/08

Case Number:  07 B 01928
Judge:  Hollis, Pamela S
Filed:  2/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

